AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) |
| ELROY HARRY | ) Case No.  CR 23-473 KWR |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| Place: | United States District Court<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 | Courtroom No.: | Rio Grande Courtoom, 3rd fl |
| --- | --- | --- | --- |
|  |  | Date and Time: | 04/25/2023 9:30 am |

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371: Conspiracy;

Count 2: 18 U.S.C. § 666(a)(2): Theft or Bribery Concerning Programs Receiving Federal Funds;

Counts 3 – 10: 18 U.S.C. § 1956(a)(1)(B)(i): Laundering of Monetary Instruments; 18 U.S.C. § 2: Aiding and Abetting.

Date: 04/11/2023

*N. Maestas*
*Issuing officer's signature*

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*